**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Benitez & Galloway Real Estate, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  B&G Real Estate** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1221160** |
| 4. | **Debtor's address** | **Principal place of business** **440 Black Rock Tpke Redding, CT 06896** Number, Street, City, State & ZIP Code  **Fairfield** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1 Charcoal Hill Rd Westport, CT 06880** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Benitez & Galloway Real Estate, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5313____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Benitez & Galloway Real Estate, LLC**                              Case number (*if known*)
       Name

| List all cases. If more than 1, attach a separate list | Debtor | **The 6 Group, LLC** | Relationship | |
|---|---|---|---|---|
| | District | **Connecticut** | When **6/09/25** | Case number, if known **25-50477** |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Benitez & Galloway Real Estate, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2025**
                       MM / DD / YYYY

X **/s/ Hernan Benitez**                                                          **Hernan Benitez**
Signature of authorized representative of debtor                Printed name

Title   **The 6 Group LLC, Member**

**18. Signature of attorney**

X **/s/ Jeffrey M. Sklarz**                                                          Date **June  9, 2025**
Signature of attorney for debtor                                               MM / DD / YYYY

**Jeffrey M. Sklarz ct20938**
Printed name

**Green & Sklarz LLC**
Firm name

**1 Audubon St, 3rd Fl**
**New Haven, CT 06511**
Number, Street, City, State & ZIP Code

Contact phone   **203-285-8545**           Email address   **jsklarz@gs-lawfirm.com**

**ct20938 CT**
Bar number and State

# RESOLUTIONS ADOPTED BY
# BENITEZ & GALLOWAY REAL ESTATE, LLC

I HEREBY CERTIFY that (i) I, Hernan Benitez, the sole member of The 6 Group LLC (the "Member"), sole member of **Benitez & Galloway Real Estate, LLC**, a Connecticut limited liability company (hereinafter referred to as the "Company"), (ii) the following is a true and correct copy of resolutions duly adopted on June 9, 2025 (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or the operating agreement of the Company, nor have the Resolutions been in any way altered, amended, or repealed, and they are in full force and effect, unrevoked and unrescinded as of this date;

**Be it hereby:**

RESOLVED, that the Company shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); (ii) if circumstances arise prior to filing such a petition that make it necessary or convenient: (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11; and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effectuate any of the foregoing; and be it

FURTHER RESOLVED, that the Member of the Company shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith, in such form or forms as the Officer or Officers so acting may approve; and be it

FURTHER RESOLVED, that, to the extent necessary, the Member shall be authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor-in-possession, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents"), and that Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Member so acting hereby are approved; and be it

FURTHER RESOLVED, that the law firm of Green & Sklarz LLC ("G&S") and its member, Jeffrey M. Sklarz, Esq., and/or any of G&S's attorneys, shall be, and they hereby are, authorized and empowered to represent the Company, as Debtor and Debtor-in-Possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Member shall be, and is, authorized and empowered to retain, on behalf of the Company, such attorneys, financial advisors, and accountants as the Member or other Officer or Officers so acting shall deem appropriate in her or their judgment; and be it

FURTHER RESOLVED, that the Member shall be, and is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as she shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers of the Company, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

Attest:                                                                Benitez & Galloway Real Estate, LLC

                                                                       By:   The 6 Group, LLC, Its Sole Member

_____                                        _____
                                                                       By:   Hernan Benitez
                                                                             Manager duly authorized

Date:  June 9, 2025

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Benitez & Galloway Real Estate, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Dark Charcoal 433, LLC** 1688 Meridian Ave, 7th Fl Attn: President, Secretary or Mng Agent Miami Beach, FL 33139 | | **1 Charcoal Hill Rd, Westport CT 06880 Property value pursuant to CMA performed by Coldwell Banker Realty date January 17, 2025** | | $3,674,301.40 | $2,179,000.00 | $1,530,659.08 |
| **The Lyon & Billard Co.** 38 Gypsy Lane Attn: President, Secretary or Mng Agent Meriden, CT 06450 | | | | | | $9,794.71 |
| **Internal Revenue Service** 135 High Street Attn Commissioner or Mng Agent Hartford, CT 06103 | | | | | | $1,016.51 |
| **Eversource** PO BOX 56002 Attn President, Secretary or Mng Agent Boston, MA 02205 | | | | | | $474.21 |
| **Aquarion Water Company of CT** P.O. Box 9265 ATTN: President, Secretary or Mng Agent Chelsea, MA 02150 | | | | | | $405.04 |

Aquarion Water Company of CT
P.O. Box 9265
ATTN: President, Secretary or Mng Agent
Chelsea, MA 02150


Carlos & Victoria Benitez
19271 W Hibiscus St
Weston, FL 33320


ConServe
200 Crosskeys Office Park
Attn President, Secretary or Mng Agent
Fairport, NY 14450


Dark Charcoal 433, LLC
1688 Meridian Ave, 7th Fl
Attn: President, Secretary or Mng Agent
Miami Beach, FL 33139


Eversource
PO BOX 56002
Attn President, Secretary or Mng Agent
Boston, MA 02205


Internal Revenue Service
135 High Street
Attn Commissioner or Mng Agent
Hartford, CT 06103


Keith K. Fuller
Law Offices of Keith K. Fuller
5300 Bigelow Commons
Enfield, CT 06082


Lendvent SPV 1 LLC
1160 Kane Concourse, Suite 305
Attn President, Secretary, or Mng Agent
Bay Harbor Islands, FL 33154

```
Loan Funder LLC Series 14356
645 Madison Ave 19th FL
Attn President, Secretary or Mng Agent
New York, NY 10022


Maxim Credit Group LLC
600 Madison Ave, 17th Fl
Attn: President, Secretary or Mng Agent
New York, NY 10022


Owemanco Mortgage Limited Partnership
1910 Yonge St Suite 402
Attn: President, Secretary or Mng Agent
Toronto, Ontario
M4S 3B2 CANADA


The 6 Group, LLC
440 Black Rock Tpke
Attn: Hernan Benitez
Redding, CT 06896


The Lyon & Billard Co.
38 Gypsy Lane
Attn: President, Secretary or Mng Agent
Meriden, CT 06450


Town of Westport
Attn Tax Collector
PO Box 350
Westport, CT 06881
```

# United States Bankruptcy Court
### District of Connecticut

In re **Benitez & Galloway Real Estate, LLC**　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Benitez & Galloway Real Estate, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 9, 2025**　　　　　　　　　　　**/s/ Jeffrey M. Sklarz**
Date　　　　　　　　　　　　　　　　**Jeffrey M. Sklarz ct20938**
　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　Counsel for **Benitez & Galloway Real Estate, LLC**
　　　　　　　　　　　　　　　　　　**Green & Sklarz LLC**
　　　　　　　　　　　　　　　　　　**1 Audubon St, 3rd Fl**
　　　　　　　　　　　　　　　　　　**New Haven, CT 06511**
　　　　　　　　　　　　　　　　　　**203-285-8545 Fax:203-823-4546**
　　　　　　　　　　　　　　　　　　**jsklarz@gs-lawfirm.com**